IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHNNIE RAY FAGANS, JR., | CIVIL NO. 04-1575-AS |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION GRANTING MOTIONS TO DISMISS |
| v. | |
| JEAN HILL, MARSHA BLAINE, DR. DUANE IVERSON, and CHRISTOPHER GUNDERSON, | |
| Defendants. | |

**MOSMAN, J.,**

On June 28, 2005, Magistrate Judge Ashmanskas issued Findings and Recommendation (docket #22) in the above-captioned case GRANTING Defendants' Motions to Dismiss pursuant to Fed. R. Civ. P. No objections were received by the court from any party.

Accordingly, after de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b), the Court ADOPTS the Findings and Recommendation GRANTING the Motions to Dismiss as the opinion of this court.

IT IS SO ORDERED.

DATED:   Portland, Oregon, August 11, 2005.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge